UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT J. CALUDA, APLC, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-2497** |
| **CITY OF NEW ORLEANS, ET AL.**<br>    Defendants | **SECTION: "E" (2)** |

## JUDGMENT

Considering the Court's Order and Reasons of July 19, 2019;[1]

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' claims against Defendants Linebarger, Goggan, Blair & Sampson, L.L.P. and United Governmental Services of Louisiana, Inc. be and hereby are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of July, 2019.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 41.